```
Rachel A. Jankowski, DC Bar No. 1686346
Kenneth C. Daines, DC Bar No. 1600753
  Assistant General Counsels

OFFICE OF GENERAL COUNSEL
U.S. HOUSE OF REPRESENTATIVES
5140 O'Neill House Office Building
Washington, D.C. 20515
(202) 225-9700
Rachel.Jankowski@mail.house.gov
```

*Counsel for the Honorable Dina Titus, Defendant*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| DAVID HAVLICEK,<br><br>　　*Plaintiff,*<br><br>v.<br><br>DINA TITUS,<br><br>　　*Defendant.* | Case No. 2:24-cv-001916-APG-EJY<br><br>**STIPULATION TO**<br>**SUBSTITUTION OF ATTORNEY** |

  Consistent with Local Rule IA 11-6(c), notice is given that, subject to approval by the Court, the Honorable Dina Titus substitutes Kenneth C. Daines, DC Bar No. 1600753, as counsel in place of Rachel A. Jankowski. Ms. Jankowski is leaving her position at the U.S. House of Representatives Office of General Counsel (OGC). In addition to Mr. Daines, Congresswoman Titus will continue to be represented by the other attorneys from OGC who have already appeared in the case.

1

                                              Respectfully submitted,

                                              */s/ Dina Titus*
                                              The Honorable Dina Titus
                                              U.S. Representative for the 1st Congressional District of Nevada

                                              */s/ Rachel A. Jankowski*
                                              Rachel A. Jankowski, DC Bar No. 1686346
                                                  *Assistant General Counsel*

                                              */s/ Kenneth C. Daines*
                                              Kenneth C. Daines DC Bar No. 1600753
                                                  *Assistant General Counsel*

                                              OFFICE OF GENERAL COUNSEL
U.S. HOUSE OF REPRESENTATIVES
5140 O'Neill House Office Building
Washington, D.C. 20515
(202) 225-9700
Rachel.Jankowski@mail.house.gov
Ken.Daines@mail.house.gov

September 5, 2025

                                              IT IS SO ORDERED.

                                              _____
                                              U.S. MAGISTRATE JUDGE

                                              Date:  September 8, 2025