Matthew B. Berry, VA Bar No. 42600
  *General Counsel*
Todd B. Tatelman, VA Bar No. 66008
  *Deputy General Counsel*
Kenneth C. Daines, DC Bar No. 1600753
  *Assistant General Counsel*
OFFICE OF GENERAL COUNSEL
U.S. HOUSE OF REPRESENTATIVES
5140 O'Neill House Office Building
Washington, D.C. 20515
(202) 225-9700
Matthew.Berry@mail.house.gov

*Counsel for the Honorable Dina Titus, Defendant*

David Havlicek
270 E. Flamingo Rd., Unit 202
Las Vegas, NV 89169
(312) 893-7507
snex@xens.org

*Pro se Plaintiff*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| DAVID HAVLICEK, *Plaintiff,* v. DINA TITUS, *Defendant.* | Case No. 2:24-cv-001916-APG-EJY **STIPULATION TO STAY DISCOVERY** |

Pursuant to this Court's October 7, 2025 Order, ECF 25, Congresswoman Dina Titus and Plaintiff David Havlicek hereby stipulate to a stay of all discovery proceedings pending resolution of Congresswoman Titus's motion to dismiss. ECF 19. The bases for the stipulation are as follows:

1. Mr. Havlicek filed his complaint in this action on October 15, 2024, seeking to enjoin Congresswoman Titus from allegedly prohibiting his access to the Congresswoman's social media accounts on X. ECF 1.

1      2.    On November 12, 2024, Mr. Havlicek filed a proof of service, ECF 9, and afterwards moved for entry of default against Congresswoman Titus, ECF 13. On April 7, 2025, this Court denied those motions because Mr. Havlicek had not demonstrated proper service on Congresswoman Titus. ECF 14.

    3.    On June 25, 2025, Mr. Havlicek filed another proof of service, alleging service on Congresswoman Titus by process server on June 16, 2025. ECF 15.

    4.    On August 22, 2025, Congresswoman Titus filed a motion to dismiss pursuant to Federal Rule of Civil Procedure 12(b)(5), arguing that Mr. Havlicek failed to effectuate service on Congresswoman Titus pursuant to the applicable rules, and that Plaintiff's claims have been rendered moot since the complaint was filed. ECF 19. Mr. Havlicek filed his opposition to the motion on August 27, ECF 21, and Congresswoman Titus filed a reply in support of the motion on September 3, ECF 22.

    5.    On October 7, 2025, the Court ordered the parties to either file a joint proposed discovery plan and scheduling order or a stipulation to stay discovery within 14 days of the date of the Order.

    6.    "Common situations in which a court may determine that staying discovery pending a ruling on a dispositive motion occur when dispositive motions raise issues of jurisdiction, venue, or immunity." *Tradebay, LLC v. eBay, Inc.*, 278 F.R.D. 597, 601 (D. Nev. 2011). Because Congresswoman Titus's motion to dismiss alleges that she has not been properly served, her position is that the Court lacks jurisdiction over her in the instant action. *See, e.g., Direct Mail Specialists v. Eclat Computerized Techs., Inc.*, 840 F.2d 685, 688 (9th Cir. 1988) ("A federal court does not have jurisdiction over a defendant unless the defendant has been served properly under [Rule] 4."); *see also Hardy v. Glob. Options Servs., Inc.*, No. 13-CV-00514, 2013 WL 6059154, at *2 (D. Nev. Nov. 14, 2013) (If a defendant is not "properly served," "no discovery [can] be had against [the] [d]efendant."). Mr. Havlicek disagrees with Congresswoman Titus's position and contends that she has been properly served. But since the Court has not yet ruled on the jurisdictional issues raised in Congresswoman Titus's motion to dismiss, a stay of discovery pending resolution of that motion is

appropriate.

7. Based on the foregoing, and to preserve the parties' resources and promote judicial economy, the parties have agreed, subject to the Court's approval, to stay all discovery proceedings pending resolution of Congresswoman Titus's motion to dismiss.

8. The parties submit this stipulation in good faith and not for the purpose of delay or prejudice to any party.

Respectfully submitted,

| | |
|---|---|
| /s/ Matthew Berry | /s/ David Havlicek |
| Matthew B. Berry, VA Bar No. 42600 | David Havlicek |
|     General Counsel | 270 E. Flamingo Rd., Unit 202 |
| Todd B. Tatelman, VA Bar No. 66008 | Las Vegas, NV 89169 |
|     Deputy General Counsel | (312) 893-7507 |
| Kenneth C. Daines, DC Bar No. 1600753 | snex@xens.org |
|     Assistant General Counsel | Pro se Plaintiff |

OFFICE OF GENERAL COUNSEL
U.S. HOUSE OF REPRESENTATIVES
5140 O'Neill House Office Building
Washington, D.C. 20515
(202) 225-9700
Matthew.Berry@mail.house.gov

*Counsel for the Honorable Dina Titus, Defendant*

October 14, 2025

IT IS SO ORDERED.

_____
U.S. MAGISTRATE JUDGE

Dated:  October 14, 2025.

3